## SUPREME COURT.

SINEY agt. THE NEW YORK CONSOLIDATED STAGE CO. AND
AUGUSTUS SCHELL.

*An order of a judge appointing a receiver is not appealable.* Neither is the order
of a judge substituting one receiver in place of another appealable.

*New York General Term, February,* 1865.

*Before* INGRAHAM, *P. J.,* CLERKE *and* SUTHERLAND, *Justices.*

APPEAL from an order of a judge substituting and appointing one receiver in place of another.

C. A. RAPPALLO and WM. F. ALLEN, *for defendants and
appellants.*

A. R. LAWRENCE JR. and H. W. ROBINSON, *for Smith
& Kerr.*

By the court, CLERKE, J.   It is not necessary to consider
whether Kerr & Smith have a right to be heard on this
appeal, both the plaintiff and defendants being alike dis-
satisfied with the order of the special term, have appealed.
They bring the matter to the cognizance of the general
term, and if it is appealable at all, the court has entire
control of the matter on appeal.   But this is not an ap-
pealable order.   Before the person who was in the first
instance appointed receiver entered on his duties, and
indeed before the appointment was consummated by the
filing of the requisite bond, the judge in the exercise of
the same discretion which induced him to make the first
nomination, reconsidered his action, revoked that nomina-
tion, and substituted another person.   It is of no conse-
quence how or where he received any information which
induced him to make the substitution.   We think he exer-
cised a discretion which cannot be controlled by us.

The appeal should be dismissed.